**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HEATHER E. HARRIS, ESQ.**
Nevada Bar No. 7666
**CHRISTIAN N. GRIFFIN, ESQ.**
Nevada Bar No. 10601
**HARRIS & HARRIS**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134-6371
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| ANDREW LOPATA | Case No. 2:21-cv-00259-KJD-VCF |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

The above parties, by and through their respective counsel of record, hereby submit the following **STIPULATION AND ORDER FOR EXTENSION OF RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT.** The parties are discussing possible alternative resolutions and would like to take time to explore further discussions before expending party and court resources.

. . . .

As such, the parties request an additional extension of the current response deadlines as follows:

**PROPOSED BRIEFING:**

Plaintiff's Response to Motion for Summary Judgment:          March 1 2022

Plaintiff's Response to Motion for Partial Summary Judgment:    March 1, 2022

Defendant's Reply to Motion for Summary Judgment:           March 15, 2022

Defendant's Reply to Motion for Partial Summary Judgment:      March 15, 2022

DATED this **21st** day of January, 2022

**HARRIS & HARRIS**                    **CARMAN COONEY FORBUSH PLLC**
*ELECTRONIC SIGNATURE APPROVED*        *ELECTRONIC SIGNATURE APPROVED*


By: /s/ *CHRISTIAN N. GRIFFIN*          By /s/ *SEAN D. COONEY*
   **BRIAN K. HARRIS, ESQ.**              **SEAN D. COONEY, ESQ.**
   Nevada Bar No. 7737                    Nevada Bar No. 12945
   **CHRISTIAN N. GRIFFIN, ESQ.**         **ADAM C. EDWARDS, ESQ.**
   Nevada Bar No. 10601                   Nevada Bar No. 15405
   1645 Village Center Circle, Suite 60   4045 Spencer Street, Suite A47
   Las Vegas, Nevada 89134-6371           Las Vegas, Nevada 89119
   702.880.4529 - Telephone               702.421-0111 - Telephone
   702.880.4528 - Facsimile               702.516-1033 - Facsimile
   *Attorneys for Plaintiff*              *Attorneys for Defendant*


   **IT IS SO ORDERED**.


   _____
   **UNITED STATES DISTRICT JUDGE**

   DATED:    1/24/2022

-2-