**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HEATHER E. HARRIS, ESQ.**
Nevada Bar No. 7666
**HARRIS & HARRIS**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134-6371
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| ANDREW LOPATA | Case No. 2:21-cv-00259-KJD-VCF |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT**
(SECOND REQUEST)

The above parties, by and through their respective counsel of record, hereby submit the following **STIPULATION AND ORDER FOR EXTENSION OF RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT.** The parties have agreed to binding arbitration, but have yet to work out the details. The State Farm contact who would approve the necessary details had a medical emergency and an answer to all questions could not be resolved prior to the March 1, 2022.

. . . .

As such, the parties request an additional extension of the current response deadlines as follows:

**PROPOSED BRIEFING:**

| | |
|---|---|
| Plaintiff's Response to Motion for Summary Judgment: | April 1, 2022 |
| Plaintiff's Response to Motion for Partial Summary Judgment: | April 1, 2022 |
| Defendant's Reply to Motion for Summary Judgment: | April 15, 2022 |
| Defendant's Reply to Motion for Partial Summary Judgment: | April 15, 2022 |

DATED this __1st__ day of March, 2022

| | |
|---|---|
| **HARRIS & HARRIS**<br>*ELECTRONIC SIGNATURE APPROVED* | **CARMAN COONEY FORBUSH PLLC**<br>*ELECTRONIC SIGNATURE APPROVED* |
| By: /s/ *BRIAN K. HARRIS*<br>**BRIAN K. HARRIS, ESQ.**<br>Nevada Bar No. 7737<br>1645 Village Center Circle, Suite 60<br>Las Vegas, Nevada 89134-6371<br>702.880.4529 - Telephone<br>702.880.4528 - Facsimile<br>*Attorneys for Plaintiff* | By /s/ *SEAN D. COONEY*<br>**SEAN D. COONEY, ESQ.**<br>Nevada Bar No. 12945<br>**ADAM C. EDWARDS, ESQ.**<br>Nevada Bar No. 15405<br>4045 Spencer Street, Suite A47<br>Las Vegas, Nevada 89119<br>702.421-0111 - Telephone<br>702.516-1033 - Facsimile<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: __3/2/2022__

**Peggy Fromhart**

| | |
|---|---|
| **From:** | Sean D. Cooney <Seanc@ccfattorneys.com> |
| **Sent:** | Tuesday, March 1, 2022 1:44 PM |
| **To:** | Peggy Fromhart; Brian Harris |
| **Cc:** | Heather Harris |
| **Subject:** | RE: Lopata v. State Farm |

Looks good.  You have my permission to use my e-signature.

Sean D. Cooney | Partner

**CARMAN COONEY FORBUSH**
PLLC

4045 Spencer Street, A47
Las Vegas, NV 89119
T: 702-421-0111
Direct Dial & Text Msg: 702-546-0288
F: 702-516-1033

**From:** Peggy Fromhart <Peggy@harrislawyers.com>
**Sent:** Tuesday, March 1, 2022 1:18 PM
**To:** Sean D. Cooney <Seanc@ccfattorneys.com>; Brian Harris <Brian@harrislawyers.com>
**Cc:** Heather Harris <Heather@harrislawyers.com>
**Subject:** RE: Lopata v. State Farm

Hi Sean, I have attached the revised Stipulation, which incorporates the language you suggested.  Please let me know if you approve, or have any suggested changes.  Peg



**Peggy Fromhart**
Paralegal / Administrator

**Phone:** 702.384.1414
**Direct :** 702.570.7070
**Fax:**     702.880.4528
**Email:** Peggy@HarrisLawyers.com

**Harris & Harris Injury Lawyers**
1645 Village Center Circle, Ste. 60
Las Vegas, NV 89134
www.HarrisLawyers.com

**CONFIDENTIALITY NOTICE:**  This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message.  This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential